UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFREY A. CARNEY, | CIVIL NO. 16-522 (ADM/JSM) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| UNIFUND CCR, LLC and<br>GURSTEL CHARGO, P.A., | |
| Defendants. | |

The above matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 3, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

IT IS HEREBY ORDERED that

Defendants' Motion to Stay Discovery and Proceedings or, Alternatively, to Dismiss Plaintiff's Complaint [Docket No. 7] is **DENIED** as moot.

Dated: August 18, 2016                         s/Ann D. Montgomery
                                               ANN D. MONTGOMERY
                                               United States District Judge